# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Michael Gioiosa, Sr., | Case No.: 2:20-cv-01415-APG-DJA |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| Aaron D. Ford, et al., | |
| Defendants | |

Plaintiff previously filed an incomplete application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1, 3. I have not yet screened the complaint.

Plaintiff now files a motion to voluntarily dismiss his complaint. ECF Nos. 4, 5. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  I grant Plaintiff's motions to voluntarily dismiss this action because no responsive pleading has been filed in this case.  As such, I dismiss this action without prejudice.

I order that the motion for voluntary dismissal **(ECF Nos. 4, 5) is granted.  T**his action is dismissed in its entirety without prejudice.  The Clerk of the Court will close the case and enter judgment accordingly.

Dated: August 7, 2020

_____
U.S. District Judge